*Shimshon Wexler*
*1856 Berkeley Mews NE*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
shimshonwexler@yahoo.com

May 5, 2016

<u>Via Regular Mail</u>
Attention Clerk's Office
U.S. District Court- South Carolina
300 East Washington Street
Greenville, South Carolina 29601

RE:   Original Complaint enclosed to be filed

Dear Clerk's Office,

    I spoke with someone in the clerk's office who said it would be okay if I mail in the complaint. Enclosed please find a check for $400, a summons, a complaint, a civil cover sheet and answers to Rule 26.01 questions. I have also made 2 copies of the documents. The originals are on top and the copies are on the bottom. I have included a self addressed stamped envelope so that you can return the documents that have properly been filed with the Court to me.

    If you have any questions please call me at 212-760-2400.

Thank you,

Shimshon Wexler