

Shimshon Wexler
1856 Berkeley Mews NE
Atlanta, GA 30329

NHD
5-9-16

US District Court
District of South Carolina-G
Attn. - Clerks Office-Case Open
300 East Washington St
Greenville, SC 29601

2016 MAY -9 PM 2:47