*Shimshon Wexler*
*1856 Berkeley Mews NE*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
shimshonwexler@yahoo.com


RECEIVED
USDC, CLERK GREENVILLE, SC
2016 JUN 17  PM 2: 14

June 15, 2016

<u>Via Regular Mail</u>
Attention Clerk's Office
U.S. District Court- South Carolina
300 East Washington Street
Greenville, South Carolina 29601

RE:   Shimshon Wexler v LVNV Funding LLC, US District Court of South Carolina Case No. 6:16-cv-1492-TMC-KFM, Affidavit of Service Enclosed

Dear Clerk's Office,

    Enclosed please find the affidavit of service of the summons and complaint for the above referenced case. Please file it.

    If you have any questions please call me at 212-760-2400.

Thank you,

Shimshon Wexler