

Shimshon Wexler
1856 Berkeley Mews NE
Atlanta, GA 30329

ITEM X-RAYED BY
USMS
6/1/16



US District Court
District of South Carolina
Attention Clerks Office
300 East Washington St.
Greenville, SC 29601

First Class Mail
First Class Mail

RECEIVED
U.S.D.C. CLERK GREENVILLE
2016 JUN 17 PM 2:15





RECEIVED
USDC, CLERK GREENVILLE, SC

2016 JUN 17  PM 2: 15

First Class Mail



