*Shimshon Wexler*
*1856 Berkeley Mews NE*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
shimshonwexler@yahoo.com

USDC CLERK RECEIVED GREENVILLE, SC
2016 AUG 24 PM 4: 12

August 22, 2016

Via Regular Mail
Attention Clerk's Office
U.S. District Court- South Carolina
300 East Washington Street
Greenville, South Carolina 29601

RE:   Shimshon Wexler v LVNV Funding LLC, US District Court of South Carolina Case No. 6:16-cv-1492-TMC-KFM

Dear Clerk's Office,

I am the Plaintiff in this action. Enclosed is the Second Amended Complaint in this action. I have recently learned that a new Defendant may be responsible for the conduct alleged in the Complaint. Therefore pursuant to FRCP 15(a)(2), with the consent of the Defendant above, I have drafted a second amended complaint.

Enclosed with this letter is the following:
1- A second amended complaint;
2- A proposed summons for the added Defendant
3- An email chain showing that Defendant has consented to this request in receipt of the Court's Scheduling Order dated June 28, 2016. In the Order it stated that:

Please file the Second Amended Complaint.

If you have any questions please call me at 212-760-2400.

Thank you,

Shimshon Wexler