# EXHIBIT A

**Shimshon Wexler**
1411 Dalewood Dr. NE
Atlanta, GA 30329
Tel (212) 760-2400
Fax (917) 512-6132
shimshonwexler@yahoo.com

DO ~~Redacted~~
SS# ~~Redacted~~

~~Redacted~~

June 18, 2015

<u>Via Certified Mail Return Receipt Requested</u>

Re: LVNV/Resurgent Account- Approximate Balance $16,218

Dear Experian, Equifax and TransUnion:

The above referenced account with LVNV/Resurgent is being reported as having a balance of $16,218. I never had a business relationship with LVNV/Resurgent and it has provided me with no proof that it owns this debt.

LVNV/ Resurgent claims in a letter on its own letterhead that the "[Chase Bank USA, N.A.] account charged off on July 30, 2010 with a balance of $22,850.57."

<u>There was no interest added to the Chase Bank USA, N.A. account between the charge off date and the date of purchase according to LVNV/Resurgent's own letter.</u>

LVNV/ Resurgent also claims according to the enclosed portions of my credit reports and a letter from LVNV/Resurgent on their own letterhead to have purchased the Chase Bank USA, N.A. card on or about March 11, 2011 when the balance was $22,851. (I have enclosed copies of the trade line with LVNV/Resurgent and the letter on LVNV/Resurgent's letterhead.)

If LVNV/Resurgent's bought Chase Bank USA, N.A. account when the balance was $22,851, then that is what the balance should be today.

EIS-WEXLER2-000097

LVNV/Resurgent has no basis to have added approximately $13,500 in interest. If Chase Bank USA, NA charged off the account for $22,850.57 on July 30, 2010 and sold the account to LVNV/Resurgent on or about March 11, 2011- nearly 8 months later- with the same balance, that means that Chase Bank USA, N.A. waived its right to collect interest since July 30, 2010. LVNV/Resurgent as Chase Bank USA, N.A.'s alleged assignee did not and cannot acquire the right to collect interest when it bought the account because Chase Bank USA, N.A. had waived the right to collect interest at the time it allegedly sold the account to LVNV/Resurgent.

"PRA, as GE's assignee, moreover, "acquire[d] no greater right than was possessed by [its] assignor ... but simply stands in the shoes of the latter." *Whayne Supply Co. v. Morgan Constr. Co.* 440 S.W.2d 779, 782-83 (Ky.1969). PRA cannot be given a right to collect interest—contractual or statutory—that GE waived."

*Stratton v. Portfolio Recovery Associates, LLC, 770 F.3d 443 (6th Cir. 2014).*

As this account is being reported falsely, please delete it immediately.

Thank you,

Shimshon Wexler

Cc: LVNV Funding, PO Box 10497, Greenville, SC 29603
Cc: Resurgent Capital Services, 55 Beattie Place, Suite 110 MS 250, Greenville, SC 29601

EIS-WEXLER2-000098

**RESURGENT**
*Capital Services*

Toll Free Phone 1.888.665.0374
Toll Free Fax 1.866.467.0163

Hours of Operation
Monday-Thursday 8:00AM-7:00PM
Friday 8:00AM-5:00PM

55 Beattie Place, Suite 110 MS 550
Greenville, SC 29601

April 27, 2015

Linda J. Bentley
Better Business Bureau of Upstate South Carolina
408 N. Church St. Suite C
Greenville, SC 29601-2164

RE:     Shimshon Wexler; Case/File No. 10590645
        Original Creditor         Chase Bank USA, N.A.
        Current Owner:            LVNV Funding LLC
        Account Number            4266841167834405
        Reference Number          410321599
        Current Balance:          $36,218.48

Dear Ms. Bentley:

This letter is in response to your correspondence dated April 22, 2015, regarding the above-referenced account. LVNV Funding LLC ("LVNV") owns the account number ending in 4405. Resurgent Capital Services, L.P ("Resurgent") is the servicer of the account owned by LVNV. The account was previously sold by Chase Bank USA, N.A. on or about March 10, 2011. As of the date of this communication, the account balance is $36,218.48, which includes an interest balance of $13,267.91. However, due to Resurgent's internal policy change, this account has not and will not accrue additional interest as of January 5, 2015. Please review the following account information:

1.  This account originated on February 27, 2008, with Chase Bank USA, N.A.
2.  This account charged off on July 30, 2010, with a balance of $22,950.57.
3.  The last payment in the amount of $724.00 was received on January 7, 2010.
4.  No payments have been received on this account since Resurgent started servicing it in March 2011.
5.  Enclosed are bill statements and the electronic credit application for your review.

All ownership rights were transferred to LVNV when this account was purchased from the previous creditor. These include the right to collect and report to the consumer reporting agencies (also known as "credit bureaus"). Currently, this account is being reported to the three major consumer reporting agencies on behalf of LVNV. The original creditor may also continue to report the history of this account from the origination date to the time of sale.

In accordance with the Fair Credit Reporting Act, the LVNV tradeline is being reported as "disputed" to the three major consumer reporting agencies. It will continue to report as such throughout the permissible reporting period unless new information indicates that the dispute should be removed.

EIS-WEXLER2-000099

Resurgent received the multiple electronic disputes that Shimshon Wexler submitted through the consumer reporting agencies. Resurgent responded to each one in the adequate time by providing the corresponding information to the respective consumer reporting agencies.

If, after review of the above-referenced information, Shimshon Wexler believes this account is fraudulent, we ask that he/she provide a completed police/incident report regarding the fraud, or a notarized fraud or identity theft affidavit, in order to help us resolve this matter. Blank forms are available at the FTC's website. http://www.consumer.ftc.gov/articles/pdf-0094-identity-theft-affidavit.pdf.

If this account was paid or settled in full, the settlement offer, cancelled check(s), and/or confirmation of payment in full would help us resolve this complaint.

In addition, if Shimshon Wexler has any correspondence to/from Chase Bank USA, N.A. concerning his/her dispute, it may help with our investigation, so please have him/her forward it to:

Compliance Department          or          Fax: 866-467-0918
MS 250
P.O. Box 10497
Greenville, SC 29603

If you have any further questions, comments or concerns, please contact Customer Service at 888-665-0374.

Sincerely,

D. Parham
Compliance Department
Resurgent Capital Services L.P.

Enclosure(s)

EIS-WEXLER2-000100

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | | | | | | | | | |
| 2009 | | | | | | | | | |
| 2008 | | | | | | | | | |

## Other Accounts

There are all accounts that do not fall into the other categories and can include 30-day accounts such as American Express.

## Closed Accounts

| | | | | |
|---|---|---|---|---|
| LVNV FUNDING LLC | 4256841167533XXX | 03/10/2011 | $36,218 | 05/01/2015 | $36,218 |

**LVNV FUNDING LLC**
PO Box 10497
Ste 110, Ms 576
Greenville, SC 29603-0497
(866)464-1183



EIS-WEXLER2-000101

6:16-cv-01492-TMC-KFM    Date Filed 05/09/16    Entry Number 1-1    Page 7 of 10

No 24-Month Payment Data available for display.

## Payment History Key

| Meaning | Symbol | | Meaning | Symbol |
|---|---|---|---|---|
| Pays or Paid as Agreed | | | 180+ Days Past Due | 180 |
| 30-59 Days Past Due | 30 | | Collection Account | CA |
| 60-89 Days Past Due | 60 | | Foreclosure | F |
| 90-119 Days Past Due | 90 | | Voluntary Surrender | VS |
| 120-149 Days Past Due | 120 | | Repossession | R |
| 150-179 Days Past Due | 150 | | Charge Off | CO |

## Inquiries

A request for your credit history is called an inquiry. Inquiries remain on your credit report for two years. There are two types of inquires - those that may impact your credit rating and those that do not.

Inquiries that may impact your credit rating

These inquiries are made by companies with whom you have applied for a loan or credit.

| Name of Company | Date of Inquiry |
|---|---|
| CAPITAL ONE BANK USA NA | 09/01/15, 10/31/14, 10/18/14, 07/25/14, 07/01/14 |

Contact Contact Information :

CAPITAL ONE BANK USA NA
PO Box 30281
Salt Lake City, UT 841300281
(800) 695-6950

CHASE CARD                                                    01/25/15

Contact Contact Information :

CHASE CARD
PO Box 15298
Wilmington, DE 198506298
(800) 432-3117

COMCAST-ATLANTA                                              07/25/14

Contact Contact Information :

COMCAST-ATLANTA
7825 Courtyards Dr
Norcross, GA 300711555

DSCOVER BANK                                                 06/17/14

Contact Contact Information :

DISCOVER BANK
3200 Lake Cook Rd
Post Screen (Risk)
Riverwoods, IL 600153851
(800) 347-2683

FUNDING SUITE ::5654578221                                   04/24/14



...DING LLC #4256841167.33***
...GENT CAPITAL SERVICES...PO BOX 10457 MS 576
E, SC 29063
...63)

03/12/2011

by:    Individual Account
       Open Account
...e:     FACTORING
       COMPANY
       ACCOUNT

Balance:            $36,218
Date Updated:       05/01/2015
Original Amount:    $32,851
Original Creditor:  CHASE BANK USA
                    N A (Financial)

Past Due:           +$36,218+

Pay Status:         *In Collection*

...CT INFO DISPUTED BY CONSUMER; *PLACED FOR COLLECTION*
...verb; and you that this item will be removed 12/2016

...cy Accounts ...

GROUP INC   A10716**
T

...TER, PA 19360
...50

...:      06/23/2006
...by:   Individual Account
...e:     Installment Account
       STUDENT LOAN

Balance:            $0
Date Updated:       02/24/2012
Payment Received:   $29
Last Payment Made:  03/12/2012
High Balance:       $4,300

Pay Status:         Pay As Agreed
Terms:              $0 per month, paid
                    for 120 months
Date Closed:        02/24/2012

Current: Paid or Pay
Agreed
$0 per month, paid
for 120 months
02/24/2012

...CT CLOSED DUE TO TRANSFER; TRANSFERRED TO ANOTHER OFFICE

www.experian.com

Prepared for: SHIMSHON ELIOT WEXLER
Date: January 13, 2015
Report number: 2131-9530-36

Page 8 of 40

Your accounts that may be considered negative (continued)

**DISCOVER FINANCIAL SERVICES**
PO BOX 15316
WILMINGTON DE 19850
Phone number
(800) 347 2683
Partial account number
50110022806X
Address identification number
0793646550

| | |
|---|---|
| Date opened | Sep 2000 |
| First reported | Jul 2007 |
| Date of status | Aug 2014 |
| Type | Credit card |
| Terms | Not reported |
| Monthly payment | |
| Credit limit or original amount | $17,002 |
| High balance | $17,137 |
| Recent balance | Not reported |

Responsibility
Individual
Status
Paid in settlement. $17,137 written off.
This account is scheduled to continue on record until Dec 2016.
Comment
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
Comment
Account paid in full for less than full balance
This item has updated from our processing of your dispute in Jul 2014.

Payment History

0517061087

**LYNV FUNDING, LLC**
PO BOX 10497
GREENVILLE SC 29603
Phone number
(866) 464 1183
Partial account number
42668411578X
Address identification number
0612457311
Original creditor CHASE BANK USA
N.A.

| | |
|---|---|
| Date opened | Mar 2011 |
| First reported | May 2011 |
| Date of status | Apr 2011 |
| Type | Debt Buyer |
| Terms | 1 Months |
| Monthly payment | Not reported |
| Credit limit or original amount | $22,851 |
| High balance | Not reported |
| Recent balance | $38,128 as of Dec 2014 |

Responsibility
Individual
Status
Collection account. $38,128. past due as of Dec 2014.
This account is scheduled to continue on record until Oct 2018.
Comment
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

EFX ORIGINAL DOCUMENT 1 0412713015 05099719 035 0033

EIS-WEXLER2-000104

www.experian.com

Prepared for: SHIMSHOM ELIOT WEXLER
Date: January 13, 2015
Report number: 2131-9530-36

Page 9 of 40

Your accounts that may be considered negative (continued)

Account History - If your creditor reported your account balance to us, we list them in this section as additional information about your account. Your balance history may also include your credit line and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amount, amounts actually paid and the status from payments were made. NO No Data.

| | Date opened | Feb 2007 | Type | Credit card | Responsibility | Individual |
| First reported | Jun 2007 | Terms | Not reported | Status | Paid/Closed |
| Date of status | Apr 2010 | Monthly payment | Not reported | Comment | Account closed at consumer's request. |
| Credit limit or original amount | $10,000 | Recent balance | Not reported |
| High balance | $10,055 |

FIA CARD SERVICES, N.A.
PO BOX 84013
COLUMBUS GA 31908
Phone number
(800) 551 8001
Partial account number
4815467000011...
Address identification number
0221737501

0517061087

EIS-WEXLER2-000105