Gmail - Re: Wexler v LVNV

 Gmail

**Shimshon Wexler <swexleresq@gmail.com>**

## Re: Wexler v LVNV
1 message

Adam Bach <abach@etblawfirm.com>                                    Wed, Aug 17, 2016 at 10:28 AM
To: Shimshon Wexler <swexleresq@gmail.com>
Cc: Hudson Smith <Hsmith@etblawfirm.com>, Amy Price <aprice@etblawfirm.com>

You have my consent

Sent from my iPhone

On Aug 16, 2016, at 10:29 AM, Shimshon Wexler <swexleresq@gmail.com> wrote:

Please let me know if I may file the attached. The exhibits will be the same.

Please note I need your consent and not just a no objection in order to amend the complaint otherwise it seems I need to make a motion.

On Mon, Aug 15, 2016 at 5:06 PM, Adam Bach <abach@etblawfirm.com> wrote:
No objection.

**\*\*Please note our new address\*\*\***

Adam C. Bach
ELLER TONNSEN BACH
Attorneys at Law
1306 South Church Street
Greenville, SC 29605
(o) (864) 236-5013
(f)  (864) 312-4191

www.etblawfirm.com

*CONFIDENTIALITY NOTICE: This message may be protected by the attorney/client privilege, attorney work product or other privileges. If you received this message in error, please send a reply notifying the sender of such error, delete the message immediately and do not forward this message to any other person.*

**From:** Shimshon Wexler <swexleresq@gmail.com>
**Date:** Monday, August 15, 2016 at 1:32 PM
**To:** Adam Bach <abach@etblawfirm.com>, Hudson Smith <Hsmith@etblawfirm.com>, Amy Price <aprice@etblawfirm.com>
**Subject:** Fwd: Wexler v LVNV

Please let me know if you consent to the amendment discussed below.
---------- Forwarded message ----------
From: **Shimshon Wexler** <swexleresq@gmail.com>

Gmail - Re: Wexler v LVNV

Date: Fri, Jul 15, 2016 at 10:58 AM
Subject: Re: Wexler v LVNV
To: Adam Bach <abach@etblawfirm.com>

Resurgent Capital Services, LP as there seems to be indications that they are a "furnisher of information" as defined by the FCRA.

Shimshon
212-760-2400

On Thu, Jul 14, 2016 at 2:17 PM, Adam Bach <abach@etblawfirm.com> wrote:
Who do you want to add?

**Please note our new address***

Adam C. Bach
ELLER TONNSEN BACH
Attorneys at Law
1306 South Church Street
Greenville, SC 29605
(o) (864) 236-5013
(f) (864) 312-4191

www.etblawfirm.com

*CONFIDENTIALITY NOTICE: This message may be protected by the attorney/client privilege, attorney work product or other privileges. If you received this message in error, please send a reply notifying the sender of such error, delete the message immediately and do not forward this message to any other person.*

**From:** Shimshon Wexler <swexleresq@gmail.com>
**Date:** Thursday, July 14, 2016 at 10:58 AM
**To:** Adam Bach <abach@etblawfirm.com>
**Subject:** Wexler v LVNV

Adam,

I attach for you the Court's 26f form as well as the information required by LR 26.03 as information required by FRCP 12f(3).

Also, I'd like to amend the Complaint again to add certain Defendants. Do you have an objection to this?

Thank you,

Shimshon
212-760-2400

Gmail - Re: Wexler v LVNV