

First Class Mail

RETURNED BY USPS

Clerk's Office
US District Court - South Carolina
300 East Washington $ St.
Greenville, SC 29601

Shimshon Wexler
1856 Berkeley Mews, NE
Atlanta, GA 30329

2016 AUG 24  PM 4:12





