IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Shimshon Wexler, | ) | C.A. NO.: 6:16-cv-01492-TMC-KFM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **AMENDED** |
| LVNV Funding, LLC, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court the following amended schedule is established for this case.

1. Motions to join other parties and amend the pleadings (Fed R. Civ. P. 16(b)(3)(A)) shall be filed no later than **October 12, 2016**.

2. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to the other parties by **November 14, 2016** (Fed. R. Civ. P. 26(a)(2)).[1]

3. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to the other parties by **December 14, 2016** (Fed. R. Civ. P. 26(a)(2)).

4. Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **December 14, 2016**. Objections to

---

[1] Concurrent with the identification of each expert and subject matter, each party shall serve (but not file): 1) a complete copy of the most current curriculum vitae of each expert or a detailed summary of his qualifications to testify on each identified subject; 2) (a) a complete statement of all opinions to be expressed by each expert and the basis and reasons therefor; (b) the data and other information considered by the expert in forming the opinions;(c) any exhibits to be used as a summary of or support for the opinions; and (d) citations of any treatise, text or other authority upon which each expert especially relied; and 3) a copy of each expert's report if a report has been prepared.

such affidavits must be made within 14 days after the service of the disclosure (See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3))

5. The parties shall complete mediation on or before **December 21, 2016**.

6. Discovery shall be completed no later than **January 17, 2017** Discovery shall be deemed completed within this time only if discovery is initiated at such time as to afford the responding party the full time provided under the applicable rule of the Federal Rules of Civil Procedure in which to respond prior to the discovery completion date noted in this paragraph.

   **(The parties may, with the consent of all counsel, conduct discovery up to the time of trial, provided the deadlines in this order are not affected.)**

7. All other motions, except (a) those relating to the admissibility of evidence at trial and (b) those to compel discovery, shall be filed no later than **February 28, 2017** (Fed R. Civ. P. 16(b)(2)).

8. No later than **March 14, 2017** the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(4).

9. Motions in limine must be filed two weeks prior to jury selection.

10. Parties shall furnish the Court pretrial briefs seven (7) days prior to the date set for jury selection (Local Civil Rule 26.05). Attorneys shall meet at least seven (7) days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. *See* Local Civil Rule 26.07.

11. This case is subject to being called for jury selection and trial on or after **April 14, 2017**.

> s/ Kevin F. McDonald
> United States Magistrate Judge

September 1, 2016
Greenville, South Carolina

**WE CONSENT:**

| | |
|---|---|
| /s/Shimshon Wexler | /s/Adam C. Bach |
| SHIMSHON WEXLER, *Pro Se* | ADAM C. BACH (#9877) |
| 1856 Berkeley Mews, NE | Eller Tonnsen Bach |
| Atlanta, GA 30329 | 1306 South Church Street |
| 212-760-2400 (Cell) | Greenville, South Carolina 29605 |
| 917-512-6132 (Fax) | (864) 236-5013 (Office) |
| shimshonwexler@yahoo.com | (864) 312-4191 (Fax) |
| | Email: abach@etblawfirm.com |
| *Plaintiff, Pro Se* | *Attorney for Defendant LVNV Funding, LLC* |
| August 31, 2016 | August 31, 2016 |
| Atlanta, Georgia | Greenville, South Carolina |