UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION



| | |
|---|---|
| SHIMSHON WEXLER, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. |
| EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC  Defendants. | ) 16-CV-1492-TMC-KFM |

## PLAINTIFF'S MOTION TO HAVE A MAGISTRATE JUDGE APPOINTED TO CONDUCT THE MEDIATION

On June 28, 2016 (Dkt. 16), this Court required the parties to conduct a mediation on or before December 21, 2016. In complying with the Order, Plaintiff has looked at the website for the U.S. District Court for the District of South Carolina and the website states "Magistrate judges may be available for appointment by the court as mediators in limited circumstances, e.g., pro se and indigent cases, and serve without charge to the parties." (attached) Accordingly, Plaintiff proceeding *pro se* requests that the Court appoint a magistrate judge as a mediator in this case.

Dated: 10/6/2016

Respectfully Submitted,

_____
Shimshon Wexler
1856 Berkeley Mews NE
Atlanta, GA 30329
212-760-2400
shimshonwexler@yahoo.com