*Shimshon Wexler*
*1856 Berkeley Mews NE*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
shimshonwexler@yahoo.com



October 6, 2016

<u>Via Regular Mail</u>
Attention Clerk's Office
U.S. District Court- South Carolina
300 East Washington Street
Greenville, South Carolina 29601

RE:   Shimshon Wexler v LVNV Funding LLC, US District Court of South Carolina Case No. 6:16-cv-1492-TMC-KFM

Dear Clerk's Office,

   Enclosed please find "Plaintiff's Motion to Have a Magistrate Judge Appointed to Conduct the Mediation".

   If you have any questions please call me at 212-760-2400.

                                                Thank you,
                                                Shimshon Wexler