

Shimshon Wexler
1856 Berkeley Mews, NE
Atlanta, GA 30329

ITEM X-RAYED BY
USMS

Signature

10/17

Date

US. District Court
District of South Carolina
Attention Clerk's Office
300 East Washington St.
Greenville, South Carolina 29601

First Class Mail

USDC, CLERK, GREENVILLE, SC 296
Greenville PO SC 296
WED 12 OCT 2016 PM

RECEIVED
USDC.CLERK GREENVILLE. SC

2016 OCT 17  PH 4:06