*Shimshon Wexler*
*1856 Berkeley Mews NE*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
shimshonwexler@yahoo.com

2016 OCT 24  PM 3:30

October 20, 2016

<u>Via Regular Mail</u>
Attention Clerk's Office
U.S. District Court- South Carolina
300 East Washington Street
Greenville, South Carolina 29601

RE:   Shimshon Wexler v LVNV Funding LLC, US District Court of South Carolina Case No. 6:16-cv-1492-TMC-KFM

Dear Clerk's Office,

Enclosed please find "Plaintiff's Motion to Compel Discovery Responses".

If you have any questions please call me at 212-760-2400.

Thank you,

Shimshon Wexler