US District Court
District of South Carolina
Attention Clerks Office
300 East Washington St.
Greenville, SC 29601

# First Class Mail
First Class Mail

ITEM X-RAYED BY USMS

fm 10-24-16

Shimshon Wexler
1856 Berkeley Mews NE
Atlanta, GA 30329











2016 OCT 24  PM 3:30