IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Shimshon Wexler, | C. A. No. 6:16-cv-01492-TMC-KFM |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| LVNV Funding, LLC, and Resurgent Capital Services, L.P., | |
| Defendants. | |

The undersigned employee of the law firm of Eller Tonnsen Bach, LLC hereby certifies that the foregoing **answer to second amended complaint of defendant Resurgent Capital Services, L.P.** were served upon the *pro se* Plaintiff in the above-entitled action this 28th **day of October, 2016** by depositing the same in the United States Mail, sufficient postage affixed thereon, and addressed as follows:

Shimshon Wexler
1856 Berkeley Mews, NE
Atlanta, GA  30329

_____
Amy M. Price
Paralegal
1306 S. Church Street
Greenville, SC